IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEROY JACKSON, # 209345, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  1:03cv856-T |
| | ) (WO) |
| JOHN E. NAGLE, *et al.,* | ) |
| | ) |
| Respondents. | ) |

**ORDER**

On 2 September 2005, the Magistrate Judge filed a Recommendation (Doc. #13) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby adopted;

2. That the petitioner's application for habeas corpus relief be and is hereby DENIED; and

3. That this case be and is hereby DISMISSED with prejudice.

Done this the 26th day of September 2005.

　　　　　　　　　　　　　　　　　　　　　　/s/  Myron H. Thompson
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE